IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD SIGALA,

                Petitioner,

vs.                                  No. CIV-10-540 LH/WDS

ERASMO BRAVO, Warden, and
GARY K. KING,
Attorney General for the
State of New Mexico,

                Respondents.

## ORDER

THIS MATTER having come before the Court on the motion by Respondents for a thirty day extension of time to file the Answer herein, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Respondents' motion is granted and Respondents shall have until August 6, 2010, to file an Answer.

                              _____
                              UNITED STATES MAGISTRATE JUDGE

Submitted by:
Margaret McLean
Assistant Attorney General
July 30, 2010